UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------------------------------x

Joshua McNeil, Jr., individually and on behalf of all others similarly situated;

                      Plaintiff,

   -v.-                                                                Civil Action No:
                                                                             1:20-cv-2154

Synergetic Communication, Inc. and Atlantic Credit & Finance Inc. and

John Does 1-25

                      Defendants.

------------------------------------------------------------------------x

## **NOTICE OF SETTLEMENT AS TO SYNERGETIC COMMUNICATIONS, INC.**

Notice is hereby given that the Plaintiff, Joshua McNeil, Jr., and the Defendant, Synergetic Communications, Inc., have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this parties during said sixty (60) day period.

DATED, this 10th day of December, 2020

                                                                                */s/Aryeh E. Stein*
                                                                                Aryeh E. Stein, Esq.
                                                                                **Meridian Law, LLC**
                                                                                600 Reisterstown Road Suite 700
                                                                                Baltimore, MD 21208
                                                                                Phone: 443-326-6011
                                                                                astein@meridianlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 10, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aryeh E. Stein*
Aryeh E. Stein, Esq.